# United States Court of Appeals for the Fifth Circuit

———————

No. 25-11304
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
June 15, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

XZAVION DAYSHAUN RAGSDALE,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:15-CR-72-1

———————————————————

Before RICHMAN, SOUTHWICK, and WILLETT, *Circuit Judges*.

PER CURIAM:[*]

Xzavion Dayshaun Ragsdale appeals the 10-month sentence imposed upon the revocation of his term of supervised release. For the first time on appeal, he contends that the district court plainly erred by considering his breach of trust when imposing the revocation sentence.

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-11304

Because revocation here was mandatory, we reject Ragsdale's arguments. *See* 18 U.S.C. § 3583(g)(1); *United States v. Illies*, 805 F.3d 607, 609 (5th Cir. 2015). Because our "summary affirmance procedure is generally reserved for cases in which the parties concede that the issues are foreclosed by circuit precedent," and Ragsdale does not make that concession, we DENY the Government's motion for summary affirmance. *See United States v. Monshizadeh*, 679 F.App'x 359, 360 (5th Cir. 2017)(discussing *Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969)). Nevertheless, we dispense with further briefing and also DENY the Government's alternative motion for an extension of time to file a brief. *See United States v. Bailey*, 924 F.3d 1289, 1290 (5th Cir. 2019). We find no error in the district court's sentencing and AFFIRM.